FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 FEB 25 PM 2: 05
CLERK____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

THE UNITED STATES OF AMERICA )
for the use and benefit of )
GULF STATES MANUFACTURERS, )
LLC, a Delaware limited )
liability company, )
)
    Plaintiff, )
)
v. )    CASE NO. CV412-274
)
THE DAVIS GROUP, INC., a )
Florida corporation and )
WESTFIELD INSURANCE COMPANY, )
an Ohio corporation, )
)
    Defendants. )
)

## ORDER

Before the Court is Plaintiff's "Motion to Compel Arbitration and Stay Action Pending Arbitration." (Doc. 2.) Defendants consent to Plaintiff's motion. (Doc. 8.) Satisfied that the contract calls for arbitration of Plaintiff's claims,[1] this **CASE IS STAYED** for ninety days pending arbitration of the parties' dispute. The parties

---

[1] The terms and conditions mandate that any dispute arising under the contract be arbitrated before the American Arbitration Association under its Commercial Arbitration Rules in Birmingham, Alabama. (Doc. 2-1 at 19 ("Any controversy or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration administered by the American Arbitration Assocaition under its Commercial Arbitration Rules and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.").)

are **DIRECTED** to arbitrate this dispute to its conclusion, including a decision by the arbitrator, within ninety days of this order. If the parties have not settled this matter in arbitration within ninety days, the stay will be lifted. The parties are further **DIRECTED** to notify the Court within seven days of their concluding the arbitration proceedings. Such notice should inform the Court of the resolution of the parties' dispute and whether this litigation should be dismissed.

SO ORDERED this 25th day of February 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA